# EXHIBIT D

# Entity Information

## Entity Information

| | |
|---:|:---|
| Entity Name: | DOLLAR TREE STORES, INC. |
| Entity ID: | 02938496 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Formation Date: | 10/15/1986 |
| Reason for Status: | Active and In Good Standing |
| VA Qualification Date: | 10/15/1986 |
| Status Date: | 12/01/2004 |
| Industry Code: | 0 - General |
| Period of Duration: | Perpetual |
| Jurisdiction: | VA |
| Annual Report Due Date: | N/A |
| Registration Fee Due Date: | Not Required |
| Charter Fee: | $0.00 |

## Registered Agent Information

| | |
|---:|:---|
| RA Type: | Entity |
| Locality: | RICHMOND CITY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | CORPORATION SERVICE COMPANY |
| Registered Office Address: | 100 Shockoe Slip Fl 2, Richmond, VA, 23219 - 4100, USA |

## Principal Office Address

| | |
|---:|:---|
| Address: | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx) | Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

| | (https://www.facebook.com/VirginiaStateCorporationCommission) |
|---|---|
| Principal Information | (https://twitter.com/VAStateCorpComm) |

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Assistant Secretary | No | CYNTHIA BERTUCCI | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | DEBORAH MILLER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Executive Officer | Yes | KEVIN S. WAMPLER | 500 VOLVO PARKWAY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| President, Chief Executive Officer | Yes | MICHAEL WITYNSKI | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President, Treasurer, Assistant Secretary | No | ROGER DEAN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Deputy General Counsel | No | BETH BERMAN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Human Resources Officer | No | BETTY CLICK | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chair | No | BOB SASSER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | BRIAN PRETTYMAN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | BRUCE PAOLINI | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)   Contact Us
(https://www.scc.virginia.gov/clk/clk_contact.aspx)

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Chief Development Officer | No | BRUCE WALTERS | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | CHRISTOPHER TEETER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | CHRISTOPHER WILLIAMS | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Assistant Secretary | No | CLINTON J. YORK | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Strategy Officer | No | DAVID JACOBS | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | DAVID JEWELL | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | DAWN MARTINEZ | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | DOUGLAS YOST | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | JONATHAN L. ELDER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Information Officer | No | JOSHUA R. JEWETT | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President, Controller and Assistant Secretary | No | KATHLEEN MALLAS | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Deputy General Counsel | No | KAY STOCKWELL | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | KEITH ZANNI | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | LEONEL ANGUIANO | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | MICHEAL HENDRICKS | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | MIKE PROFFIT | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | PATRICK MULLARKEY | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | PETER BARNETT | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | RANDY GUILER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Merchandising Officer | No | RICHARD MCNEELY | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | ROBERT GANTT | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | ROBERT OBEROSLER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx) | Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Vice President | No | ROBERT THOMSON | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | RUSS HARDEN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | RYAN HILL | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | SCOTT KERN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Assistant Secretary | No | SHAWNTA TOTTEN-MEDLEY | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | STEVE FARRELL | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | STEVEN SCHUMACHER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | SUZAN KAUFMAN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | THOMAS MCALOON | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | TODD LITTLER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Operating Officer | No | TOM O'BOYLE | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Zone Vice President | No | VIRGINIA CHASE | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Legal Officer, General Counsel and Corporate Secretary | No | WILLIAM A. OLD. JR. | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |

### Current Shares

Total Shares: 5000

Filing History     RA History     Name History     Previous Registrations

Garnishment Designees     Image Request

Back    Return to Search    Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx) | Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)