# EXHIBIT E

INDEX NO. 150575/2020

RECEIVED NYSCEF: 06/09/2020

# REQUEST FOR JUDICIAL INTERVENTION

UCS-840
(rev. 07/29/2019)

Richmond Supreme COURT, COUNTY OF Richmond

Index No: 150575/2020          Date Index Issued: 03/19/2020

**For Court Use Only:**

**IAS Entry Date**

| CAPTION | Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet. |
|---|---|

JOSEPH GERALDI

Plaintiff(s)/Petitioner(s)

**Judge Assigned**

-against-

DOLLAR TREE STORE, DOLLAR TREE STORE, INC

**RJI Filed Date**

Defendant(s)/Respondent(s)

## NATURE OF ACTION OR PROCEEDING: Check only one box and specify where indicated.

### COMMERCIAL

- ☐ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ☐ Contract
- ☐ Insurance (where insurance company is a party, except arbitration)
- ☐ UCC (includes sales and negotiable instruments)
- ☐ Other Commercial (specify): _____

**NOTE:** For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**.

### REAL PROPERTY: Specify how many properties the application includes: _____

- ☐ Condemnation
- ☐ Mortgage Foreclosure (specify):   ☐ Residential   ☐ Commercial
  Property Address: _____

    **NOTE:** For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F)**.

- ☐ Tax Certiorari - Section:          Block:          Lot:
- ☐ Tax Foreclosure
- ☐ Other Real Property (specify): _____

### OTHER MATTERS

- ☐ Certificate of Incorporation/Dissolution   [see **NOTE** in **COMMERCIAL** section]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other (specify): _____

### MATRIMONIAL

- ☐ Contested
    **NOTE:** If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum (UCS-840M)**.

    For Uncontested Matrimonial actions, use the Uncontested Divorce RJI **(UD-13)**.

### TORTS

- ☐ Asbestos
- ☐ Child Victims Act
- ☐ Environmental (specify):
- ☐ Medical, Dental, or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability (specify):
- ☒ Other Negligence (specify): Negligence
- ☐ Other Professional Malpractice (specify):
- ☐ Other Tort (specify):

### SPECIAL PROCEEDINGS

- ☐ CPLR Article 75 (Arbitration)   [see **NOTE** in **COMMERCIAL** section]
- ☐ CPLR Article 78 (Body or Officer)
- ☐ Election Law
- ☐ Extreme Risk Protection Order
- ☐ MHL Article 9.60 (Kendra's Law)
- ☐ MHL Article 10 (Sex Offender Confinement-Initial)
- ☐ MHL Article 10 (Sex Offender Confinement-Review)
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene (specify):
- ☐ Other Special Proceeding (specify):

## STATUS OF ACTION OR PROCEEDING: Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |  |
|---|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ☒ | ☐ | If yes, date filed: | 03/19/2020 |
| Has a summons and complaint or summons with notice been served? | ☒ | ☐ | If yes, date served: | 05/07/2020 |
| Is this action/proceeding being filed post-judgment? | ☐ | ☒ | If yes, judgment date: | |

## NATURE OF JUDICIAL INTERVENTION: Check one box only and enter additional information where indicated.

- ☐ Infant's Compromise
- ☐ Extreme Risk Protection Order Application
- ☐ Note of Issue/Certificate of Readiness
- ☐ Notice of Medical, Dental, or Podiatric Malpractice     Date Issue Joined: _____
- ☐ Notice of Motion          Relief Requested: _____     Return Date: _____
- ☐ Notice of Petition          Relief Requested: _____     Return Date: _____
- ☐ Order to Show Cause          Relief Requested: _____     Return Date: _____
- ☐ Other Ex Parte Application          Relief Requested: _____
- ☐ Poor Person Application
- ☒ Request for Preliminary Conference
- ☐ Residential Mortgage Foreclosure Settlement Conference
- ☐ Writ of Habeas Corpus
- ☐ Other (specify): _____

**RELATED CASES:** List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**.

| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PARTIES:** For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**.

| Un-Rep | Parties<br>List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant; 3rd party plaintiff, etc.) | Attorneys and/or Unrepresented Litigants<br>For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined<br>For each defendant, indicate if issue has been joined. | Insurance<br>For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☐ | Name: GERALDI, JOSEPH<br><br>Role(s): Plaintiff/Petitioner | JASON HERBERT, KRENTSEL & GUZMAN LLP, 17 BATTERY PL STE 604 , NEW YORK, NY 10004, Jherbert@kglawteam.com | ☒ YES ☐ NO | |
| ☐ | Name: DOLLAR TREE STORE<br><br>Role(s): Defendant/Respondent | GARY SMITH, Schnader Harrison Segal & Lewi, 140 Broadway, Suite 3100 , New York, NY 10005, 2129738023, gsmith@schnader.com | ☒ YES ☐ NO | |
| ☐ | Name: DOLLAR TREE STORE, INC<br><br>Role(s): Defendant/Respondent | GARY SMITH, Schnader Harrison Segal & Lewi, 140 Broadway, Suite 3100 , New York, NY 10005, 2129738023, gsmith@schnader.com | ☒ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES ☐ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: 06/09/2020

JASON TODD HERBERT
Signature

4458295
Attorney Registration Number

JASON TODD HERBERT
Print Name

*This form was generated by NYSCEF*

**Richmond Supreme Court**
**Justice Kim Dollard**
**IAS Part 4**
**26 Central Avenue, Courtroom 330**
**Staten Island, New York 10301**
**718 675-7840**

Jul 15, 2020

**SCHNADER, HARRISON, SEGAL & LEWIS**
**140 BRODWAY, SUITE 3100**
**NEW YORK, NY**
**10005**

Re:    Index No.  0150575/2020
GERALDI, JOSEPH
-vs-  DOLLAR TREE STORE

Dear Sir/Madam:

Please be advised that an **NON-APPEARANCE PRELIMINARY CONFERENCE** has been scheduled with regard to the above captioned matter and you are directed to:

- Complete and efile a <u>Proposed Preliminary Conference Orde</u>r on or before <u>August 10, 2020</u>;

- The Court reserves the right to edit any Proposed Preliminary Conference Order to conform with Section 202 of the Uniform Civil Rules for the Supreme Court of Richmond County;

- <u>Further compliance conference</u> dates will be set by the Court and will be reflected in the signed e-filed order once it is reviewed. On this compliance conference date attorneys will not personally appear before the Court nor will receive an email to appear via Skype. Attorneys shall only e -file the completed Compliance Order. (This rule only applies to the first compliance conference, thereafter the Court may notify attorneys to appear via Skype)

- Due to virtual court operations, it is imperative that each attorney provide their valid email used for <u>Skype for Business</u> should the Court require a virtual conference (see page 1 of the Proposed Preliminary Conference Order);

Thank you for your professionalism and cooperation with this matter.
Very truly yours
E. Thomas
Associate Court Clerk

**Richmond Supreme Court**
**Justice Kim Dollard**
**IAS Part 4**
**26 Central Avenue, Courtroom 330**
**Staten Island, New York 10301**
**718 675-7840**

Jul 15, 2020

**KRENTSEL & GUZMAN, LLP**
**17 BATTERY PLACE, STE. 604**
**NEW YORK, NY**
**10004**

Re:    Index No.  0150575/2020
GERALDI, JOSEPH
-vs-  DOLLAR TREE STORE

Dear Sir/Madam:

Please be advised that an **NON-APPEARANCE PRELIMINARY CONFERENCE** has been scheduled with regard to the above captioned matter and you are directed to:

- Complete and efile a <u>Proposed Preliminary Conference Orde</u>r on or before <u>August 10, 2020</u>;

- The Court reserves the right to edit any Proposed Preliminary Conference Order to conform with Section 202 of the Uniform Civil Rules for the Supreme Court of Richmond County;

- <u>Further compliance conference</u> dates will be set by the Court and will be reflected in the signed e-filed order once it is reviewed. On this compliance conference date attorneys will not personally appear before the Court nor will receive an email to appear via Skype. Attorneys shall only e -file the completed Compliance Order. (This rule only applies to the first compliance conference, thereafter the Court may notify attorneys to appear via Skype)

- Due to virtual court operations, it is imperative that each attorney provide their valid email used for <u>Skype for Business</u> should the Court require a virtual conference (see page 1 of the Proposed Preliminary Conference Order);

Thank you for your professionalism and cooperation with this matter.
Very truly yours
E. Thomas
Associate Court Clerk

**Richmond Supreme Court**
**Justice Kim Dollard**
**IAS Part 4**
**26 Central Avenue, Courtroom 330**
**Staten Island, New York 10301**
718 675-7840

Dear Sir/Madam:

Please be advised that with regard to your Compliance Conference. On this First Compliance Conference date of October 26, 2020, Attorneys will not personally appear before the Court on this date nor will you receive an email to appear via Skype for Business. Attorneys shall only e-file a completed Discovery Stipulation to be So-Ordered. This rule only applies to the first Compliance Conference. Thereafter, the Court may notify attorneys to appear via Skype for Business.

Very truly yours,
E. Thomas
 Associate Court Clerk

Judge Kim Dollard - Acting Supreme Court Judge    IAS Part 4

**Preliminary Conference Order**
**Pursuant to Part 202 of the Uniform Civil Rules**
**For the Supreme Court Richmond County**
**Judge Kim Dollard - Acting Supreme Court Judge**

Date: _____August 10, 2020_____

Index # _____150575/2020_____

Compliance Conference shall be held
on _____10/26/2020_____

---

JOSEPH GERALDI                          Plaintiff(s)

        Vs

                              Defendant(s)

DOLLAR TREE STORE AND DOLLAR TREE STORE, INC.

---

**\* The Court reserves the right to edit any Proposed Preliminary Conference Order to conform with Section 202 of the Civil Rules for the Supreme Court of Richmond County.**

**Further Compliance Conference dates will be set by the Court and will be reflected in the Signed E-Filed Order once it is reviewed.**

**Please use the "Additional Directives" page to outline any additional discovery to be exchanged within appropriate time frames.**

- **Plaintiff Attorney:** _____Meredith Yevin_____

  Skype for Business email address **(required):** _____myevin@kglawteam.com_____

- **Defendant Attorney:** _____Gary Smith_____

  Skype for Business email address **(required):** _____gsmith@schnader.com_____

- Defendant Attorney: _____

  Skype for Business email address (**required**): _____

- Defendant Attorney: _____

  Skype for Business email address (**required**): _____

- Defendant Attorney: _____

  Skype for Business email address (**required**): _____

**It is hereby ordered** that this action is assigned to Judge KIM DOLLARD and disclosure shall proceed as follows:

(1) <u>Insurance Coverage (CPLR 3101 (f)</u> - ( **\* Must be exchanged no later than 45 days of the P.C. order)**
If not already provided, shall be furnished by _____Defendants_____
on or before ____09/18/2020____.

(2) <u>Bill of Particulars</u> - (**\* Must be exchanged no later than 45 days of the P.C. order)**
Bill of Particulars shall be served by _____Plaintiff_____
on or before ____8/14/2020____.

(3) <u>Medical Reports and Authorizations</u> - (**\* Must be exchanged no later than 45 days of the P.C. order)**

Shall be served as follows: _____AZs for all medical, pharmacy, employment, Medicare/_____

_____Medicaid, insurance, tax, and prior and subsequent injuries to be served by 08/14/2020_____

_____

_____

_____

**(4)** <u>Physical Examinations</u> - **(\* Physical Examination shall be set for within 45 days of the Plaintiff's EBT. This date will not be a date certain depending upon the Doctor's availability).**

    **(A)**   Examination of     _____Plaintiff_____

           shall be held     _____with 45 days of Plaintiff's EBT_____

           _____

    **(B)**   A copy of the physician's report shall be furnished to Plaintiff(s) within

           _____60_____ days of the examination.

**(5)** <u>Depositions:</u> **(\*Depositions shall be scheduled no later than 120 days of the P.C. order)**

| Deponent | Date and Time | Place |
|---|---|---|
| Plaintiff | 11/11/2020 at 10:00 | TBD |
| Defendant | 11/18/2020 at 10 | TBD |
| | | |
| | | |
| | | |
| | | |
| | | |

**(6)** Other Disclosures: (*All other disclosures should be made pursuant to the CPLR).

(A) All parties on or before ___09/18/2020___, shall exchange names and addresses of all eyewitnesses and notice witnesses, statements of opposing parties, and photographs, or, if none.

(B) Authorizations for Plaintiff(s) employment records for the period ___three years prior___ ___to the date of loss___ shall be furnished on or before ___09/18/220___.

© Demand for discovery and inspection shall be served by ___Plaintiff___ on or before___08/14/2020___ .

(D) Accident reports prepared in the regular course of business shall be exchanged pursuant to CPLR 3101 (g) by ___09/18/2020___.

(E) Plaintiff shall provide authorizations for the following collateral source providers (CPLR) 4545 within ___45___ days.

(F) Other Disclosure:

Plaintiff to provide the following by 08/14/2020:

All pleadings, discovery, statements, deposition transcripts, transcripts from examinations under oath, Bills of Particulars, and authorizations for all related medical, health, pharmacy and insurance records related to Plaintiff's pending action in the Supreme Court, Richmond County, Index No.

152198/2017.

(7) **Impleader Motion(s)** or Motion(s) to amend the Pleadings or to Add Parties:

Shall be made within 45 days of completion of EBT's.

(8) **Motions:**

(A) Any dispositive motion(s) (CPLR 3211 and 3212) shall be made within 60 days of the filing of the Note of Issue unless the Court directs otherwise; and

(B) No motion(s) regarding disclosure may be brought before the first compliance conference without permission of the Court. If such a motion is authorized by the Court, the Attorney's Affirmation must state that the Court has granted permission for the application.

(9) The parties may not adjourn a compliance conference without the Court's consent.

(10) Failure to comply with any of these directives may result in the imposition of costs and/or sanctions or other action authorized by law, including preclusion or striking of pleadings.

Dated: 9/14/2020

So- Ordered

_Kim Dollard_

**Judge Kim Dollard**
**Acting Supreme Court Judge**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND
---------------------------------------------------------------------X
JOSEPH GERALDI,

Index No.: 150575/2020

Plaintiff,

**STIPULATION**

-against-

DOLLAR TREE STORE AND DOLLAR TREE
STORE, INC.,

Defendant(s)
---------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for the respective parties in this action, that:

1.      Plaintiff shall provide complete responses to the Preliminary Conference Order by November 13, 2020.

2.      Plaintiff shall provide all trial documents related to his action in the Supreme Court, Richmond County, Index No.: 152198/2017 by November 13, 2020.

3.      Plaintiff's deposition shall take place on or before January 28, 2021.

4.      Defendant's deposition shall take place on or before February 4, 2021.

5.      Physical examination of plaintiff shall take place within 45 days of Plaintiff's deposition and the report shall be furnished to Plaintiff within 60 days of the examination.

6.      Motions to amend the pleadings or add parties shall be made within 45 days of the completion of depositions.

7. Further compliance conference is scheduled for February 25, 2021, at 10:30 Am via Microsoft Teams.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts, and signatures transmitted by facsimile, email, or other electronic means shall have the same force and effect as original signatures.

Dated: October 29, 2020

KRENTSEL & GUZMAN, LLP

By:_____
       Meredith Yevin, Esq.
17 Battery Pl., Ste 604
New York, New York 10004
*Attorneys for Plaintiff*

SCHNADER HARRISON SEGAL & LEWIS LLP

By:_____
Gary A. Smith, Esq.
140 Broadway, Suite 3100
New York, New York 10005-1001
(212) 973-8000
*Attorneys for Defendant*
*Defendant Dollar Tree Stores, Inc.*

So Ordered_____

Hon. Orlando Marrazzo, Jr.
Supreme Court Justice

On behalf of Judge Dollard.

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** _____ RICHMOND _____

## STATEMENT OF AUTHORIZATION FOR
## ELECTRONIC FILING
### (Managing Attorney Authorizing Filing Agent Entity)

I, Steven Krentsel _____, Esq., ( Attorney Registration No. 28134) am the managing attorney of/attorney in charge of e-filing for _____ Krentsel & Guzman, LLP _____ (the "Firm"). I hereby acknowledge and represent that the attorneys in the Firm who are authorized users of the New York State Electronic Filing System ("NYSCEF") hereby authorize any employee of Roz Silverstein & Associates who possesses a NYSCEF filing agent ID to file documents on their behalf and at their direction, as a filing agent, in any e-filed matter in which they are counsel of record through NYSCEF, as provided in Section 202.5-b of the Uniform Rules for the Trial Courts.

This authorization extends to any consensual matter in which these attorneys have previously consented to e-filing or may hereafter consent, to any mandatory matter in which they have recorded their representation, and to any matter in which they authorize the filing agent to record consent or representation in the NYSCEF system.

This authorization extends to any and all documents these attorneys generate and submit to the filing agent for filing in any such matter. This authorization, posted once on the NYSCEF website as to each matter in which these attorneys are counsel of record, shall be deemed to accompany any document in that matter filed by the filing agent on behalf of these attorneys.

This authorization also extends to matters of payment, which the filing agent may make either by debiting an account the filing agent maintains with the County Clerk of any authorized e-filing county or by debiting an account the Firm maintains with the County Clerk of any authorized e-filing county.

This authorization regarding this filing agent shall continue until the Firm revokes the authorization in writing on a prescribed form delivered to the E-Filing Resource Center.

Dated: _____ 12/1/20 _____

_____        New York, NY 10004 _____
Signature                                               City, State and Zip Code

Steven Krentsel, Esq. _____        212-227-2900 _____
Print Name                                            Phone

Krentsel & Guzman, LLP

Firm/Department

skrentsel@kglawteam.com

E-Mail Address

17 Battery Place, Suite 604

Street Address

(6/6/13)